# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 31, 2006

**Before**

Hon. Joel M. Flaum, *Chief Judge*

Hon. Michael S. Kanne, *Circuit Judge*

Hon. Diane S. Sykes, *Circuit Judge*

No. 05-4744

| | |
|---|---|
| WATERLOO FURNITURE COMPONENTS, LTD., | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellant,* | |
| *v.* | No. 05 C 0507 |
| HAWORTH, INC., | Elaine E. Bucklo, |
| *Defendant-Appellee.* | *Judge.* |

# O R D E R

The slip opinion of this court issued on October 30, 2006, is amended as follows:

Page 1, caption, for Waterloo Furniture Components, Ltd., change "Plaintiff-Appellee" to "Plaintiff-Appellant".

Page 1, caption, for Haworth, Inc., change "Defendant-Appellant" to "Defendant-Appellee".